AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
## Northern District of Illinois

| | | |
|---|---|---|
| Marcel Brown | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 19-cv-04082 |
| City of Chicago, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Plaintiff, Marcel Brown.

Date: 12/09/2021

/S/ Jonathan Manes
*Attorney's signature*

Jonathan Manes    4749206
*Printed name and bar number*

160 E. Grand Avenue, 6th Flr
Chicago, IL 60611
*Address*

jonathan.manes@law.northwestern.edu
*E-mail address*

(312) 503-0917
*Telephone number*

(312) 503-0891
*FAX number*

UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF ILLINOIS

| Marcel Brown | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 19-cv-04082 |
| City of Chicago, et al. | ) | |
| *Defendant* | ) | |

## CERTIFICATE OF SERVICE

I certify that on  12/09/2021 , I electronically filed the foregoing with the Clerk of the Court using the CMECF system which will send notification of such filing to the following:

 All Counsel of Record ,

and I certify that I have mailed by the United States Postal Service the document to the following non CMECF participants:

_____.

**/s/ Jonathan Manes**
*Attorney's signature*

Jonathan Manes  4749206
*Printed name and bar number*

160 E. Grand Avenue, 6th Flr
Chicago, IL 60611
*Address*

l-bowman@law.northwestern.edu
*E-mail address*

(312) 503-0917
*Telephone number*

(312) 503-0891
*Fax number*