**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MARCEL BROWN, | ) |
| | ) Case No. 19-cv-4082 |
| v. | ) The Hon. Sara L. Ellis |
| | ) |
| CITY OF CHICAGO *et al.* ) | ) |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that at 9:45 a.m. on Tuesday January 11, 2021, or as soon thereafter as I may be heard, I shall appear before The Honorable Sara L. Ellis or any judge sitting in her stead of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present the attached **Motion to Exceed Page Limit 12(b)(6)**

Respectfully submitted,

/s/ *Peter O'Mara*
Peter O'Mara
O'Mara Gleason O'Callaghan

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that the foregoing document was served on all counsel via CM/ECF on December 15, 2021.

/s/ *Peter O'Mara*
Peter O'Mara