IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARCEL BROWN, | ) | |
| | ) | Case No. 19-cv-4082 |
| v. | ) | Hon. Sara L. Ellis |
| | ) | |
| CITY OF CHICAGO *et al.* | ) | |

### PROPOSED INTERVENOR RENARD BRANCH, JR.'S UNOPPOSED MOTION TO INTERVENE

Renard Branch, Jr. moves under Rule 24(b) of the Federal Rules of Civil Procedure to intervene for the limited purpose of responding to and addressing subpoenas involving Mr. Branch's personal information, including but not limited to subpoenas issued recently by defendants seeking his electronic messaging records. This motion is unopposed. Proposed Intervenor Branch has contemptuously filed a memorandum setting forth the grounds for this unopposed Motion. For the reasons set forth in his supporting memorandum, Branch respectfully requests that this Court grant his motion

Date: January 18, 2022

Respectfully submitted,

By: /s/ *Stephanie C. Stern*

Jonathan S. Quinn
Eric Y. Choi
**NEAL, GERBER & EISENBERG LLP**
Two North LaSalle Street, Suite 1700
Chicago, IL 60602
(312) 269-8093
jquinn@nge.com
echoi@nge.com

Stephanie C. Stern
**SIDLEY AUSTIN LLP**
One South Dearborn Street

Chicago, IL 60602
(312) 853-4168
sstern@sidley.com

**John K. Adams**
EIMER STAHL LLP
224 South Michigan Avenue, Suite 1100
Chicago, IL 60604
(312) 660-7619
jadams@eimerstahl.com

*Counsel for Renard Branch, Jr.*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that the foregoing document was served on all counsel via CM/ECF on January 18, 2022.

/s/ <i>Stephanie C. Stern</i>