IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARCEL BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 19-cv-4082 |
| ) | |
| CITY OF CHICAGO, et al,. ) | The Hon. Sara L. Ellis |
| ) | Judge Presiding |
| Defendants. ) | |

## NOTICE OF MOTION

TO: Counsel of Record

Marisol Ocampo
1450 N. Sedgwick Ave.
Chicago, IL 60610

**PLEASE TAKE NOTICE** that on Thursday, July 7, 2022, at 1:45 p.m. or as soon thereafter as counsel may be heard, counsel for Plaintiff shall appear before the Hon. Sara L. Ellis by telephone (unless the court should direct an in-person hearing in the courtroom usually occupied by Judge Ellis at 219 South Dearborn Street, Chicago, Illinois) and shall then and there present **Plaintiff's Motion for Rule to Show Cause Against Non-Party Witness Marisol Ocampo**.

Respectfully submitted,

/s/ Locke E. Bowman
One of Plaintiff's Attorneys

Locke E. Bowman
LOEVY & LOEVY
311 N. Aberdeen St., Ste. 3
Chicago, IL 60607
773 710 0158
locke@loevy.com

# CERTIFICATE OF SERVICE

   I, Locke E. Bowman, an attorney, certify that I served a copy of the foregoing Notice of Motion on all counsel of record by filing the document on the court's CM/EDF system, which automatically sent copies to all counsel, and upon Marisol Ocampo via Federal Express at her last-known address:

  Marisol Ocampo
  1450 N. Sedgwick Ave.
  Chicago, IL 60610.

                /s/ Locke E. Bowman