IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Marcel Brown,<br><br>Plaintiff(s),<br><br>v.<br><br>City of Chicago,<br><br>Defendant(s). | Case No. 19-cv-4082<br>Judge Sara L. Ellis |

## AMENDED BODY ATTACHMENT

   The Court issues a writ of body attachment directing the U.S. Marshals Service to bring Marisol Ocampo to the United States Courthouse at 219 S. Dearborn Chicago, Illinois 60604 on August 8, 2022 at 10:00 am to be deposed. To effectuate this order, the United States Marshals Service is authorized to use necessary and reasonable force to enter and search the premises on which Marisol Ocampo reside. The United States Marshals are authorized to use necessary and reasonable force to effectuate the arrest of Marisol Ocampo. Upon the arrest of Marisol Ocampo, the United States Marshals Service shall provide her with a copy of this Order and bring her immediately before a United States District or Magistrate Judge in the district in which she have been taken into custody. If the Court is not in session, Marisol Ocampo can be housed in a suitable jail until the Court is next in session.

Date: 8/5/2022

                                          Sara L. Ellis
                                          United States District Judge