**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MARCEL BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: 19-cv-4082 |
| v. | ) | Judge Sara L. Ellis |
| | ) | Mag. Judge Sunil R. Harjani |
| CITY OF CHICAGO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO WITHDRAW

Defendant City of Chicago respectfully moves this Court to withdraw the Appearance of Brianna J. Siebken as counsel. As of March 1, 2023, Ms. Siebken is no longer affiliated with the law firm of Michael Best & Friedrich LLP. Defendant City of Chicago will continue to be represented by the law firm of Michael Best & Friedrich LLP.

Pursuant to Local Rule 83.17 of the Northern District of Illinois, no memorandum or other supporting papers will be filed in support of this motion.

WHEREFORE, Defendant respectfully requests this Court withdraw Brianna J. Siebken as counsel for Defendant City of Chicago.

Dated: March 1, 2023

Respectfully submitted,

CELIA MEZA, Corporation Counsel for the City of Chicago

/s/ *James P. Fieweger*
Special Assistant Corporation Counsel
James P. Fieweger
jpfieweger@michaelbest.com
Carolyn E. Isaac
ceisaac@michaelbest.com
MICHAEL BEST & FRIEDRICH LLP
444 W. Lake Street, Ste. 3200
Chicago, IL 60606
(312) 222-0800

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on March 1, 2023, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which caused it to be served this day on all counsel of record who are registered to receive notices of electronic filing generated by the CM/ECF system.

By: /s/ *James P. Fieweger*
James P. Fieweger
Special Assistant Corporation Counsel

One of the Attorneys for Defendants
*City of Chicago*