IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARCEL BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 19-cv-4082 |
| v. ) | Judge Lindsay C. Jenkins |
| ) | Mag. Judge Sunil R. Harjani |
| CITY OF CHICAGO, et al., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT CITY OF CHICAGO'S
REPLY IN SUPPORT OF SUMMARY JUDGMENT**

Defendant City of Chicago (the "City") joins and adopts the Defendant Officers' Reply in support of their Motion for Summary Judgment and asks the Court to grant summary judgment in the City's favor as to Plaintiff's claims for *respondeat superior* and indemnification. As set forth in the Defendant Officers' Reply, Plaintiff cannot succeed on his claims for malicious prosecution (Count VI) or civil conspiracy (Count VIII) as to any defendant and cannot prove any claim against Defendants Czablewski[1] or Burke. Because the only remaining claims against the City are vicarious theories of recovery, the City cannot be liable where a Defendant Officer is not. As a result, the Court should grant the City's motion on all claims on which the Defendant Officers are granted summary judgment.

**CONCLUSION**

For the foregoing reasons, the City respectfully requests that that the Court grants its motion and enter an order: (1) granting summary judgment in its favor on Plaintiffs' *respondeat*

---

[1] In his response to the Defendant Officers' Motion, Plaintiff consented to dismissing Czablewski from the case.

*superior* and indemnification claims in accordance with the Defendant Officers' motion for summary judgment and (2) for any other and further relief this Court deems appropriate.

Dated: August 29, 2023    Respectfully submitted,

MARY B. RICHARDSON-LOWRY, *Corporation Counsel for the City of Chicago*

/s/ *James P. Fieweger*
Special Assistant Corporation Counsel
James P. Fieweger
jpfieweger@michaelbest.com
Carolyn E. Isaac
ceisaac@michaelbest.com
Veronica A. Mantilla
vamantilla@michaelbest.com
MICHAEL BEST & FRIEDRICH LLP
444 W. Lake Street, Ste. 3200
Chicago, IL 60606
(312) 222-0800

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that on August 29, 2023, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which caused it to be served this day on all counsel of record who are registered to receive notices of electronic filing generated by the CM/ECF system.

By:   /s/ *James P. Fieweger*
        James P. Fieweger
        Special Assistant Corporation Counsel

        One of the Attorneys for Defendants
        *City of Chicago*