**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Marcel Brown
                              Plaintiff,

v.                                                          Case No.: 1:19–cv–04082
                                                            Honorable Lindsay C. Jenkins

City of Chicago, et al.
                              Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, August 2, 2024:

        MINUTE entry before the Honorable Lindsay C. Jenkins: In light of the order issued yesterday ruling on the IDOC calls [344], the Court issues these additional rulings on Plaintiff's MILs Nos. 2 through 4. No. 2: Call 18 is subject to the hearsay problem; call 23 is excluded. Other calls implicated by this motion but not identified are admissible to the extent stated in the ruling. No. 3: The parties do not identify specific calls, so calls implicated by this motion are admissible to the extent stated in the ruling. No. 4: Call 25 is subject to the hearsay problem. No. 5: Call 7 and the second two clips of call 8 are provisionally excluded because of the hearsay problem; the first clip of call 8 is excluded. Call 15 is admissible. Call 17 is subject to the hearsay problem.(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.