# EXHIBIT J

# Plaintiff's Proposed Verdict Form

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| MARCEL BROWN, | |
| *Plaintiff*, | |
| | No. 19 CV 4082 |
| v. | |
| | Judge Lindsay C. Jenkins |
| MICHAEL MANCUSO et al., | |
| *Defendants*. | |

## **VERDICT FORM**

We the jury unanimously find as follows:

## SECTION I: LIABILITY

For each of Plaintiff's claims, indicate your verdict by marking the appropriate box, "For Plaintiff" or "For Defendant" with an "X."

**1.     First Claim: Involuntary Confession**

| Name of Defendant | For Plaintiff | For Defendant |
|---|---|---|
| Michael Mancuso | | |
| Kevin McDonald | | |
| Garrick Turner | | |
| Rubin Weber | | |

**2.     Second Claim: Fabrication of Evidence**

| Name of Defendant | For Plaintiff | For Defendant |
|---|---|---|
| William Burke | | |
| Michael Mancuso | | |
| Kevin McDonald | | |
| Garrick Turner | | |
| Rubin Weber | | |

3. **Third Claim: Concealing Evidence**

| Name of Defendant | For Plaintiff | For Defendant |
|---|---|---|
| Michael Mancuso | | |
| Kevin McDonald | | |
| Garrick Turner | | |
| Rubin Weber | | |

4. **Fourth Claim: Failure to Intervene**

| Name of Defendant | For Plaintiff | For Defendant |
|---|---|---|
| William Burke | | |
| Michael Mancuso | | |
| Kevin McDonald | | |
| Garrick Turner | | |
| Rubin Weber | | |

5. **Fifth Claim: Conspiracy**

| Name of Defendant | For Plaintiff | For Defendant |
|---|---|---|
| William Burke | | |
| Michael Mancuso | | |
| Kevin McDonald | | |
| Garrick Turner | | |
| Rubin Weber | | |

If you found for Defendants on all of Plaintiff's claims in Section I, skip Section II and proceed to Section III.

**SECTION II: DAMAGES**

If you found for Plaintiff and against one or more Defendants on any of Plaintiff's claims in Section I, please complete this section.

**1. Compensatory Damages**

Plaintiff is awarded compensatory damages in the amount of:

$_____

**2. Punitive Damages**

For any Defendant that you found against on one or more of Plaintiff's claims, you may, but are not required to, assess punitive damages against that Defendants. Place an "X" in the "Yes" or "No" column to indicate whether you assess punitive damages against each Defendant, and if you select "Yes" for any Defendant, then write the amount of punitive damages to be awarded against that Defendant.

| Name of Defendant | Yes | No | Amount |
|---|---|---|---|
| William Burke | | | |
| Michael Mancuso | | | |
| Garrick Turner | | | |
| Rubin Weber | | | |

Proceed to Section III.

## SECTION III

Please sign and date below and return the entire Verdict Form to the marshal.

_____          _____
Foreperson

_____          _____

_____          _____

_____          _____

_____          _____

DATE:_____