## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| MARCEL BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 19-cv-4082 |
| v. ) | |
| ) | The Hon. Lindsay C. Jenkins |
| CITY OF CHICAGO, *et al.* ) | |
| ) | Magistrate Judge Heather K. McShain |
| Defendants. ) | |

## **ORDER**

This matter having come before this Court on a Petition for *Writ of Habeas Corpus Ad Testificandum*, Defendants not objecting to the entry of this Order and the *Writ of Habeas Corpus Ad Testificandum*, a copy of which is attached as Exhibit A, and the Court being fully advised in the premises:

IT IS HEREBY Ordered that the Clerk is ordered to issue the attached *Writ of Habeas Corpus Ad Testificandum*, and to have the issued *Writ* sent to the U.S. Marshal's Service.

Entered:

_____
Judge Lindsay Jenkins

Date: August 14, 2024