# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Marcel Brown
                              Plaintiff,

v.                                               Case No.: 1:19–cv–04082
                                                            Honorable Lindsay C. Jenkins

City of Chicago, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 20, 2024:

      MINUTE entry before the Honorable Lindsay C. Jenkins: Defendants' response to the motion for reconsideration on the malicious prosecution claim [372] is due by 10:00 CT on Friday, August 23, 2024; the Court would appreciate a response that focuses more on the substance of the motion and less on the lateness of the filing. No reply unless the Court requests a reply (which means that any motion for leave to file a reply will be disregarded.) The final pretrial conference in this case was held on August 8 where the Court expressly asked both sides (more than once) whether there were other matters the parties wished to raise, or which needed to be addressed before trial. Defendants raised two motions for reconsideration and the Court set a briefing schedule for those matters (and other outstanding items) so that all involved could plan accordingly. Yet, several additional motions for reconsideration raising significant issues have been filed in recent days on topics that were not raised by the filing party at the hearing. This approach is unacceptable, particularly when at least one motion for reconsideration [372] relates to an order the Court issued last year. The Court expects better and, in the future, it will simply deny late requests as untimely. If either party believes that any motion regarding a prior ruling is necessary between now and the start of the trial, that party must confer with opposing counsel and seek leave to file the motion before filing it. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.