# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Marcel Brown

                        Plaintiff,

v.                                                    Case No.: 1:19–cv–04082
                                                    Honorable Lindsay C. Jenkins

City of Chicago, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 23, 2024:

      MINUTE entry before the Honorable Lindsay C. Jenkins: The writ of habeas corpus ad testificandum as to Rufus McGee [363] is amended. Rufus McGee shall be produced on Tuesday, September 3, 2024 at 8:30 a.m. instead of August 29, 2024 at the U.S. Marshals Service Lock–Up, 24th floor, Everett McKinley Dirksen U.S. Federal Courthouse, 219 S. Dearborn St, Chicago, IL 60604, to appear at that time for trial before the Honorable Lindsay C. Jenkins, Courtroom 2119. Plaintiff shall promptly forward this revision for McGee to IDOC officials. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.