# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Marcel Brown

                    Plaintiff,

v.                                      Case No.: 1:19–cv–04082

                                              Honorable Lindsay C. Jenkins

City of Chicago, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Sunday, August 25, 2024:

      MINUTE entry before the Honorable Lindsay C. Jenkins: Plaintiff's motions for reconsideration [368] [372] are both denied. See attached order for further details. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.