**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **Marcel Brown** | ) | |
| | ) | |
| Plaintiff | ) | **Case No: 19 C 4082** |
| | ) | |
| v. | ) | |
| | ) | **Judge: Lindsay C. Jenkins** |
| **City of Chicago et al** | ) | |
| | ) | |
| Defendant | ) | |

**Order**

All counsels of record are permitted to have beverages and food delivered or brought into the Courthouse for the duration of the jury trial, which is expected to last until September 10, 2024.

Date: 8/26/2024

Lindsay C. Jenkins
United States District Court Judge