## LOEVY+LOEVY

**Tom Kayes <kayes@loevy.com>**

---

# Subpoenas
3 messages

---

**Locke Bowman** <locke@loevy.com>                                        Thu, Aug 22, 2024 at 3:49 PM
To: gibbonsj@gtlaw.com, Quinn Ford <flynnk@gtlaw.com>, salwayt@gtlaw.com, Vanessa del Valle
<vanessa.delvalle@law.northwestern.edu>, Jon Loevy <jon@loevy.com>, Tom Kayes <kayes@loevy.com>, Jonathan Manes
<jonathan.manes@law.northwestern.edu>, Lilia Martinez <martinez@loevy.com>

> Counsel
> Could you please provide us with copies of all trial subpoenas you've served so far (and going
> forward)? For example, your side informed the Court at the Pretrial Conference that Marisol
> Ocampo had been served; we have not seen that subpoena.
> Thank you,
> Locke

---

**Locke Bowman** (He/Him)



Office: (312) 243-5900 / Cell: (773) 710-0158
311 N Aberdeen St, Chicago, IL 60607
**www.loevy.com**

---

**fordq@gtlaw.com** <fordq@gtlaw.com>                                     Sat, Aug 31, 2024 at 4:00 PM
To: locke@loevy.com, Jonathan.Manes@macarthurjustice.org, jon@loevy.com, vanessa.delvalle@law.northwestern.edu,
kayes@loevy.com, martinez@loevy.com
Cc: flynnk@gtlaw.com, gibbonsj@gtlaw.com, salwayt@gtlaw.com, Maria.Scavo@gtlaw.com

> Counsel,
>
> Attached please find all subpoenas that we have served on witnesses to date. We served the CCSAO witnesses via their
> attorneys, Peter O'Mara or John Coyne.

**Quinn Ford**
Associate

Greenberg Traurig, LLP
77 West Wacker Drive | Suite 3100 | Chicago, IL 60601
T +1 312.476.5080  |  C  312 671 1799
fordq@gtlaw.com  |  www.gtlaw.com  |  View GT Biography



**From:** Locke Bowman <locke@loevy.com>
**Sent:** Thursday, August 22, 2024 3:50 PM
**To:** Gibbons, John (Shld-Chi-LT) <gibbonsj@gtlaw.com>; Flynn, Kyle L. (Shld-Chi-LT) <flynnk@gtlaw.com>; Salway, Tyler (Assoc-CHI-LT) <salwayt@gtlaw.com>; Vanessa del Valle <vanessa.delvalle@law.northwestern.edu>; Jon Loevy <jon@loevy.com>; Tom Kayes <kayes@loevy.com>; Jonathan Manes <jonathan.manes@law.northwestern.edu>; Lilia Martinez <martinez@loevy.com>
**Subject:** Subpoenas

**\*EXTERNAL TO GT\***

Counsel

Could you please provide us with copies of all trial subpoenas you've served so far (and going forward)? For example, your side informed the Court at the Pretrial Conference that Marisol Ocampo had been served; we have not seen that subpoena.

Thank you,

Locke

_____

**Locke Bowman** (He/Him)

Office: (312) 243-5900 / Cell: (773) 710-0158
311 N Aberdeen St, Chicago, IL 60607
**www.loevy.com**

**Error! Filename not specified.**

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.

**10 attachments**

📄 **Marisol Ocampo Subpoena and Proof of Service_Redacted.pdf**
695K

📄 **Brittany Williamson Subpoena and Proof of Service.pdf**
528K

📄 **Kayla Kuykendoll Subpoena and Proof of Service.pdf**
467K

📄 **Herb Goldberg Subpoena and Proof of Service.pdf**
587K

📄 **Adrienne Segovia Subpoena and Proof of Service.pdf**
580K

**EXHIBIT 2**

📄 **2024.08.02_Subpoena_AO_88_K Kerbis Trial Subpoena.pdf**
195K

📄 **2024.07.29_Subpoena_AO_88_L Longo Trial Subpoena.pdf**
195K

📄 **2024.07.29_Subpoena_AO_88_A OConnor Trial Subpoena.pdf**
196K

📄 **2024.07.29_Subpoena_AO_88_M Spizzirri Trial Subpoena.pdf**
196K

📄 **2024.08.29_Subpoena_AO_88_M Hogan Trial Subpoena.pdf**
51K

---

**Jon Loevy** <jon@loevy.com>                                                    Sat, Aug 31, 2024 at 4:21 PM
To: fordq@gtlaw.com
Cc: locke@loevy.com, Jonathan.Manes@macarthurjustice.org, vanessa.delvalle@law.northwestern.edu, kayes@loevy.com, martinez@loevy.com, flynnk@gtlaw.com, gibbonsj@gtlaw.com, salwayt@gtlaw.com, Maria.Scavo@gtlaw.com

> Thanks
> The address for Ocampo is redacted
> I presume this is an oversight?
> Please send unredacted.
> thanks

[Quoted text hidden]

**EXHIBIT 2**