**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Marcel Brown
                         Plaintiff,

v.                                               Case No.: 1:19−cv−04082
                                                            Honorable Lindsay C. Jenkins

City of Chicago, et al.
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 3, 2024:

      MINUTE entry before the Honorable Lindsay C. Jenkins: Jury trial held and continued to September 4, 2024 at 9:15 a.m. As discussed on the record, non−party Marisol Ocampo has failed to appear or otherwise respond to the August 26, 2024 trial subpoena issued for her testimony. The Court issues a rule to show cause and orders Ocampo to appear in person on September 5, 2024 at 9:00 a.m. in Courtroom 2119 for a hearing on the matter and to show cause why she should not be held in contempt for failing to comply with Defendants' trial subpoena. Defendants should use reasonable means to provide Marisol Ocampo with notice of this hearing, including providing her notice that the failure to appear in person on September 5, 2024 may result in the Court authorizing the United States Marshals Service to use necessary and reasonable force to enter and search the premises on which Ocampo resides and effectuate her arrest to appear for testimony at trial. Mailed notice. (jlj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.