# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Marcel Brown

                       Plaintiff,

v.                                                   Case No.: 1:19–cv–04082
                                                          Honorable Lindsay C. Jenkins

City of Chicago, et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 9, 2024:

       MINUTE entry before the Honorable Lindsay C. Jenkins: The motion to bar Adrienne Segovia's testimony [420], motion to intervene [407] and motion for a protective order [408] are all denied as moot in light of the parties' stipulations. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.