**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Marcel Brown
                Plaintiff,

v.                                Case No.: 1:19–cv–04082
                                Honorable Lindsay C. Jenkins

City of Chicago, et al.
                Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 9, 2024:

      MINUTE entry before the Honorable Lindsay C. Jenkins:For the reasons stated on the record, Plaintiff's motion to bar Ocampo's testimony [405] is denied. Defendants' efforts to procure Ocampo's attendance at trial prior to trial did not display reasonable diligence to secure her presence under FRCP 32. Thomas v. Cook Cty. Sheriff's Dept., 604 F.3d 293, 308 (7th Cir. 2010). But the steps taken in the last few days, including as outlined in [418], persuade the Court that Defendants have displayed reasonable diligence to secure the witness' presence, even though many of these efforts could have occurred much, much sooner. Still, Ocampo's testimony is important from Defendants' perspective and the Court prefers to decide cases on the merits. Kuri v Folino, 409 F.Supp.3d 626. 639–40 (N.D. Ill. 2019). To the extent that Plaintiff objects to the use of Ocampo's testimony in the criminal case, the Court concludes that testimony qualifies under FRE 804(b)(1)(B) because Plaintiff's criminal counsel had an opportunity and similar motive to develop Ocampo's testimony on cross–examination in that prior proceeding. All the same dynamics concerning Ocampo's "involvement in the stabbing, her arrest, her multi–hour interrogation, and so on" were present at the time she was examined at the criminal trial, and the rule does not require an identical motive, only a "similar" one. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.