**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Marcel Brown

                        Plaintiff,

v.                                              Case No.: 1:19–cv–04082
                                                 Honorable Lindsay C. Jenkins

City of Chicago, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, September 9, 2024:

      MINUTE entry before the Honorable Lindsay C. Jenkins: Jury trial held and concluded. Jury deliberations began and concluded. The jury unanimously finds as follows: as to Counts I and II, the jury finds for Plaintiff and against Defendants. The jury awarded Plaintiff compensatory damages in the amount of $50,000,000. This amount is comprised of an award in the amount of $10,000,000 for the period of pretrial detention before Plaintiff's criminal conviction, and $40,000,000 for the period after Plaintiff's criminal conviction. The jury also awards Plaintiff punitive damages against Defendant Mancuso in the amount of $50,000. The Court polled the jury. The Court confirmed unanimity, accepted the verdict, and discharged the jury. At the close of Plaintiff's case, Defendants orally moved under FRCP 50(a) for judgment as a matter of law and the Court indicated its intention to take that motion under advisement. As discussed on the record, Defendants may file any brief by September 16, 2024, and that filing should propose a briefing schedule. The Court intends to enter judgment as contemplated by FRCP 58(b)(1)(A), but in light of the discussion held on the record, any objection to the Court doing so must be filed by September 12, 2024. Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.