# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Marcel Brown

                        Plaintiff,

v.                                         Case No.: 1:19–cv–04082

                                                    Honorable Lindsay C. Jenkins

City of Chicago, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 13, 2024:

      MINUTE entry before the Honorable Lindsay C. Jenkins: Plaintiff's objections [429] are overruled. The Court's agreement to a date for Defendants to file their Rule 50(a) motion led to the error and the Court will not find forfeiture under that circumstance. Defendants' Rule 50(a) motion is due no later than 12:00 p.m. CT on Monday, September 16, 2024, after which the Court will enter judgment. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.