ILND 450 (Rev. 04/29/2016) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Marcel Brown,

Plaintiff(s),

v.

Michael Mancuso, et al.,

Defendant(s).

Case No. 19 CV 4082
Judge Lindsay C. Jenkins

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $        ,

which ☐ includes    pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)
.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: The Clerk is directed to enter judgment in favor of plaintiff Marcel Brown and against defendants Micahel Mancuso and the estate of Kevin McDonald on Counts 1 and 2. Compensatory damages are awarded in favor of Plaintiff and against the Defendants in the amount of $50,000,000. This amount is comprised of $10,000,000 for the period of pretrial detention before Plaintiff's criminal conviction, and $40,000,000 for the period after Plaintiff's criminal conviction. Plaintiff is also awarded punitive damages against Defendant Mancuso only in the amount of $50,000.

This action was *(check one)*:

☒ tried by a jury with Judge Lindsay C. Jenkins presiding, and the jury has rendered a verdict.
☐ tried by Judge    without a jury and the above decision was reached.
☐ decided by Judge    on a motion

Date: 9/16/2024 Thomas G. Bruton, Clerk of Court

Kerwin Posley, Deputy Clerk