**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| MARCEL BROWN, ) | |
| ) | No. 19-CV-4082 |
| Plaintiff, ) | |
| ) | |
| v. ) | Hon. Judge Lindsay C. Jenkins |
| ) | |
| CITY OF CHICAGO, et al. ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S MOTION FOR SETTLEMENT CONFERENCE AND/OR
A SCHEDULE TO RESOLVE SECTION 1988 FEES AND COSTS**

Now comes Plaintiff, MARCEL BROWN, by and through his counsel, and respectfully moves this Court for a settlement conference and/or a schedule to resolve Section 1988 fees and costs. In support of this Motion, Plaintiff states as follows:

1. The Local Rules provide for a schedule to resolve Section 1983 attorneys' fees and costs, "[u]nless the court's order includes a different schedule for such filing." L.R. 54.3(b).

2. The parties have engaged in some negotiations to attempt to resolve by agreement the dispute over attorneys' fees, a result which would avoid the need to devote further resources by the parties or the Court.

3. Unfortunately, the parties have not yet reached an agreement.

4. Plaintiff respectfully submits that a settlement conference with the Magistrate Judge (or this Court) might assist in getting the parties across the finish line. (Nothing is impossible, and it is not even out of the question that the parties might be able to resolve the entire dispute at the same time.)

5. If the parties are unable to settle the attorneys' fees issue at a conference, the Court can set a schedule to exchange the materials required by the Local Rules on a schedule to be determined.

WHEREFORE, Plaintiff respectfully requests that the Court set this matter for a settlement conference and/or set a schedule pursuant to the Local Rules for resolution of a motion for fees and costs.

DATED: November 26, 2024

Respectfully submitted,

/s/ Jon Loevy
*One of Plaintiff's Attorneys*

Jonathan Matthew Manes
Vanessa Del Valle
Roderick And Solange Macarthur Justice Center
Northwestern University School Of Law
375 East Chicago Avenue
Chicago, IL 60611

Jon Loevy
Locke Bowman
Tom Kayes
LOEVY & LOEVY
311 N. Aberdeen, 3rd Fl
Chicago, IL 60607
312-243-5900