# EXHIBIT 1

Response to Defendants' itemized objections to costs for transcription and video recording, and overall summary of revised costs

| No. | Date | Description | P's Original Claimed Amount | D's Revised Amount | D's Basis for Objection | P's Response | P's Revised Claimed Amount |
|---|---|---|---|---|---|---|---|
| 1 | 9/8/2022 | Kentuckiana Court Reporters invoice #84880 Adrienne Segovia deposition on 8/26/22 | $295.00 | $220.00 | Invoice reflects only court reporter's attendance fee for deposition, and attendance fee cannot exceed $220 (Resp. at 10) | Agree | $220.00 |
| 2 | 9/14/2022 | Kentuckiana Court Reporters invoice #85107 Adrienne Segovia deposition transcript | $258.80 | $0.00 | This appears to be another copy of deposition transcript that was previously obtained by Plaintiff's counsel (*See* Dkt. 469-2 at 113), this is extra copy for convenience of parties and is not recoverable (Resp. at 9-10) | Agree | $0.00 |
| 3 | 10/12/2023 | Kentuckiana Court Reporters invoice #103649 William Marsh deposition on 10/3/23 | $75.00 | N/A | No challenge | N/A | $75.00 |
| 4 | 10/26/2023 | Kentuckiana Court Reporters invoice #104235 Michael Welner deposition on 10/24/23 | $370.00 | $220.00 | 4+ hour attendance cannot exceed $220 (Resp. at 10) | Agree | $220.00 |
| 5 | 10/27/2023 | Kentuckiana Court Reporters invoice #104362 Dr. Mark Cichon deposition on 10/26/23 | $370.00 | $220.00 | 4+ hour attendance cannot exceed $220 (Resp. at 10) | Agree | $220.00 |
| 6 | 8/22/2024 | Joseph A. Rickoff invoice #20240087 8/8/24 court proceedings transcript | $306.00 | $204.00 | No showing expedited rate necessary, so applicable rate should be $4/page for original in FY24 (Resp. at 10-11) | This is the transcript of the parties' final pre-trial conference with the Court. Plaintiff required a copy in order to consult the Court's on-the-record rulings in advance of and during trial. Expedited service was therefore justified. | $306.00 |

| No. | Date | Description | P's Original Claimed Amount | D's Revised Amount | D's Basis for Objection | P's Response | P's Revised Claimed Amount |
|---|---|---|---|---|---|---|---|
| 7 | 8/26/2024 | Joseph A. Rickoff invoice #20240089 excerpt of 8/26/24 court proceedings transcript | $122.85 | $91.00 | No showing expedited rate necessary, so applicable rate should be $1/page for copy (Resp. at 10-11) | This is the transcript of the first day of trial, including the parties' opening arguments. Plaintiff required this transcript in order to prepare and file a motion challenging Defendants' counsel's explicitl reference, during opening argument, to the reasons why Plaintiff's convition was vacated. That motion (ECF No. 389) was necessarily filed ASAP, before trial re-commenced the following morning, August 27, 2024, in order to seek a prompt trial remedy from the Court. The motion was withdrawn in a mutual stand-down with Defendants after the Court issued a limiting instruction to the jury. | $122.85 |
| 8 | 9/6/2024 | Joseph A. Rickoff invoice #20240091 8/27-8/28/24 court proceedings transcript | $368.55 | $273.00 | No showing expedited rate necessary, so applicable rate should be $1/page for copy (Resp. at 10-11) | This is the transcript of two days of Plaintiff Marcel Brown's testimony. Plaintiff required an expedited transcript in order to prepare for closing arguments at trial. | $368.55 |

| No. | Date | Description | P's Original Claimed Amount | D's Revised Amount | D's Basis for Objection | P's Response | P's Revised Claimed Amount |
|---|---|---|---|---|---|---|---|
| 9 | 9/6/2024 | Joseph A. Rickoff invoice #20240090 9/5/24 court proceedings transcript | $384.75 | $285.00 | No showing expedited rate necessary, so applicable rate should be $1/page for copy (Resp. at 10-11) | This is the transcript of trial on September 5, 2024. Plaintiff required an expedited copy of the transcript in order to file two motions that related to matters discussed extensively on the record at trial that day, including whether Defendants would be permitted to use the videorecorded deposition of Marisol Ocampo or her criminal trial testimony if the U.S. Marshal's did not succeed in locating her and bringing her to Court to testify live. Plaintiff filed a trial memorandum on this issue was overnight, ECF No. 419, as was necessary to tee up the issues for the Court's decision the following day, September 6, 2024, which was to be the final day of tesetimony and the date on which Ms. Ocampo was to be brought in to testify on a writ of body attachment by the U.S. Marshals. | $384.75 |
| 10 | 9/12/2024 | Planet Depos invoice #696853 Michelle Spizzirri video dep on 11/3/21 | $1,494.00 | $0.00 | Order for video and rush synchronization made on 9/12/24; no showing video or synchronization is necessary, clearly Pltf's preference. (Resp. at 6-8) | Plaintiff required a copy of Ms. Spizzirri's deposition video and a synchronized transcript in order to impeach Ms. Spizzirri at trial. See Pl's Reply at 10-11. Mr. Spizzirri was on Defendants' witness list and Plaintiff opted to call her as an adverse witness in his case in chief. | $1,494.00 |
| 11 | 9/12/2024 | Joseph A. Rickoff invoice #20240093 9/6/24 court proceedings transcript | $292.00 | N/A | No challenge | N/A | $292.00 |

| No. | Date | Description | P's Original Claimed Amount | D's Revised Amount | D's Basis for Objection | P's Response | P's Revised Claimed Amount |
|---|---|---|---|---|---|---|---|
| 12 | 9/13/2024 | Joseph A. Rickoff invoice #20240095 9/9/24 pm court proceedings transcript | $80.40 | $48.00 | No showing expedited rate necessary, so applicable rate should be $4/page for original (Resp. at 10-11) | Agree | $48.00 |
| 13 | 9/13/2024 | Joseph A. Rickoff invoice #20240094 9/9/24 am court proceedings transcript | $241.65 | $179.00 | No showing expedited rate necessary, so applicable rate should be $1/page for copy (Resp. at 10-11) | This is the first copy Plaintiff obtained of the transcript and so counts as an "original" for his purposes. See Pl's Reply at 11-12. The applicable maximum rate is therefore $4/page, which is well above the billed rate. | $241.65 |
| 14 | 9/17/2024 | Joseph A. Rickoff invoice #20240098 8/26-8/30, 9/3 & 9/4/24 court proceedings transcript | $1,933.20 | $1,432.00 | No showing expedited rate necessary, so applicable rate should be $1/page for copy (Resp. at 10-11) | This is the first copy Plaintiff obtained of the transcript and so counts as an "original" for his purposes. See Pl's Reply at 11-12. The applicable maximum rate is therefore $4/page, which is well above the billed rate. | $1,933.20 |
| 15 | 3/31/2020 | Royal Reporting Services, Inc., Invoice No. 34662 re Transcript of Marcel Brown taken 01.17.2020 | $1,304.75 | N/A | No challenge | N/A | $1,304.75 |

| No. | Date | Description | P's Original Claimed Amount | D's Revised Amount | D's Basis for Objection | P's Response | P's Revised Claimed Amount |
|---|---|---|---|---|---|---|---|
| 16 | 12/7/2020 | Payment to Patrick Mullen, Court Reporter for Transcript of Proceedings in Brown v City of Chicago, et. al. on 12.03.2017 | $130.80 | $87.60 | No showing expedited rate necessary, so applicable rate should be $3.65/page for original (before FY24) (Resp. at 10-11) | This is a transcript of a discovery hearing held on December 3, 2020. (The invoice contains a typographical error incorrectly listing the date of the hearing as 12/3/2018; that date is impossible as it predates the case's filing.) During the discovery hearing, the Court made rulings on the record with respect to Defendants' ESI discovery obligations, including immediate follow-up actions required of Plaintiff and Defendants alike. *See* ECF No. 93 (referring to rulings made on the record). Plaintiff required an expedited copy of the transcript in order to comply with the Court's discovery rulings in a timely fashion. *See* Pl's Reply at 14. | $130.80 |
| 17 | 12/22/2020 | Nat'l Center for Audio & Video Forensics Invoice No. 5667 re Enhancement of Marcel Brown's Interrogation Video. | $1,117.50 | N/A | No challenge | N/A | $1,117.50 |

| No. | Date | Description | P's Original Claimed Amount | D's Revised Amount | D's Basis for Objection | P's Response | P's Revised Claimed Amount |
|---|---|---|---|---|---|---|---|
| 18 | 12/29/2020 | 3C Litigation Support, Inc. Invoice No. 30057 re Transcription of Audio Files | $300.00 | $0.00 | Transcript of audio files not necessary but instead created for convenience of Plaintiff; invoice does not provide requisite info to determine proper cost of transcript (Resp. at 9-10) | This is a transcription of portions of Plaintiff's ERI. This expense was reasonable given the centrality of the ERI to the issues in this case. The invoice shows the per-page rate of $6/page for 40 pages. Plaintiff agrees to claim costs only for the ordinary $3.65/page rate published by the judicial conference at the time. The invoice also shows an hourly rate of $40/hour for 1.5 hours. This is below the maximum $110 for the analogous "attendance fees" for in-person transcription services and so is proper. | $206.00 |
| 19 | 3/31/2021 | 3C Litigation Invoice No. 30101 re audio transcription of 911 tapes | $1,799.00 | $0.00 | Transcript of audio files not necessary but instead created for convenience of Plaintiff; invoice does not provide requisite info to determine proper cost of transcript (Resp. at 9-10) | These are transcripts of 9-1-1 dispatch audio from the evening of the shooting and morning when police found Paris Jackson. This audio was likely to be central evidence at trial and, indeed, the parties relied on the transcript during the testimony of Defendant Mancuso. The expense of obtaining the transcript was reasonably necessary. *See* Pl's Reply at 14-15. | $1,799.00 |
| 20 | 4/26/2021 | Planet Depos Invoice No. 402744 re Mobile Video Conferencing of Brian Dorsch Dep on 03/31/21 | $641.50 | $0.00 | Plaintiff fails to show video-related costs recoverable (Resp. at 6-8) | Video-related costs are properly recoverable. *See* Pl's Reply 6-11. | $641.50 |

| No. | Date | Description | P's Original Claimed Amount | D's Revised Amount | D's Basis for Objection | P's Response | P's Revised Claimed Amount |
|---|---|---|---|---|---|---|---|
| 21 | 4/26/2021 | Planet Depos Invoice No. 399491 re Transcript of Brian Dorsch Dep on 03/31/2021 | $1,019.50 | $908.10 | Applicable rate cannot exceed $3.65/page (Resp. at 9); exhibits and vague "processing fee" are not recoverable (Resp. at 6-7) | Fees for copies of deposition exhibits are properly recoverable, see Pl's Reply at 5-6, as are processing fees charged by the court report, see id. at 12-13. Plaintiff agrees that the recoverable per-page transcript rate cannot exceed $3.65/page. | $961.30 |
| 22 | 4/26/2021 | Planet Depos Invoice No. 399488 re Video of Brian Dorsch Dep on 03.31.2021 | $850.00 | $0.00 | Plaintiff fails to show video-related costs recoverable (Resp. at 6-8) | Video-related costs are properly recoverable. *See* Pl's Reply 6-11. | $850.00 |
| 23 | 5/10/2021 | Kerr & Associates, Inc. Invoice No. 114080 re Dep of Fred Heidemann on 04.30.2021 | $802.35 | $515.15 | Attendance fee cannot exceed $110 because deposition did not exceed four hours; applicable rate cannot exceed $3.65/page (Resp. at 10); exhibits are not recoverable (Resp. at 6) | Fees for copies of deposition exhibits are properly recoverable, see Pl's Reply at 5-6, Plaintiff otherwise agrees. Transcription costs are fully recoverable because the charged rate was $4.50 for the "original and one copy," which is less than the combined allowed rates of $3.65/page for an original and $0.90/page for the first copy. Plaintiff agrees to limit attendance fees. | $657.35 |
| 24 | 5/13/2021 | Planet Depos Invoice No. 407023 re Mobile Video Conference of Victor Kubica Dep on 04.20.21 | $493.00 | $0.00 | Plaintiff fails to show video-related costs recoverable (Resp. at 6-8) | Video-related costs are properly recoverable. *See* Pl's Reply 6-11. | $493.00 |
| 25 | 5/13/2021 | Planet Depos Invoice No. 405139 re Transcript of Victor Kubica Dep on 04.21.21 | $868.95 | $741.45 | Attendance fee cannot exceed $110 because deposition did not exceed four hours; applicable rate cannot exceed $3.65/page (Resp. at 10); exhibits and vague "processing fee" are not recoverable (Resp. at 6) | Fees for copies of deposition exhibits are properly recoverable, see Pl's Reply at 5-6, as are processing fees charged by the court report, see id. at 12-13. Plaintiff agrees with Defendants regarding recoverable per-page transcript rate and attendance fees. | $787.05 |

| No. | Date | Description | P's Original Claimed Amount | D's Revised Amount | D's Basis for Objection | P's Response | P's Revised Claimed Amount |
|---|---|---|---|---|---|---|---|
| 26 | 5/13/2021 | Planet Depos Invoice No. 405124 re Video of Victor Kubica Dep on 04.20.21 | $662.50 | $0.00 | Plaintiff fails to show video-related costs recoverable (Resp. at 6-8) | Video-related costs are properly recoverable. *See* Pl's Reply 6-11. | $662.50 |
| 27 | 6/16/2021 | Planet Depos Invoice No. 415531 re Mobile Video Conferencing of Stephen Czablewski Dep on 05.26.21 | $542.50 | $0.00 | Plaintiff fails to show video-related costs recoverable (Resp. at 6-8) | Video-related costs are properly recoverable. *See* Pl's Reply 6-11. | $542.50 |
| 28 | 6/16/2021 | Planet Depos Invoice No. 414251 re Transcript of Stephen Czablewski Dep on 05.26.21 | $871.40 | $708.60 | Attendance fee cannot exceed $110 because deposition did not exceed four hours; applicable rate cannot exceed $3.65/page (Resp. at 10); exhibits and vague "processing fee" are not recoverable (Resp. at 6) | Fees for copies of deposition exhibits are properly recoverable, see Pl's Reply at 5-6, as are processing fees charged by the court report, see id. at 12-13. Plaintiff agrees with Defendants regarding recoverable per-page transcript rate and attendance fees. | $772.20 |
| 29 | 6/16/2021 | Planet Depos Invoice No. 414249 re Video of Steven Czablewski Dep on 05.26.21 | $787.50 | $0.00 | Plaintiff fails to show video-related costs recoverable (Resp. at 6-8) | Video-related costs are properly recoverable. *See* Pl's Reply 6-11. | $787.50 |
| 30 | 7/6/2021 | Planet Depos Invoice No. 418852 re Mobile Video Conferencing of Eddie Reed Dep on 06.15.21 | $740.50 | $0.00 | Plaintiff fails to show video-related costs recoverable (Resp. at 6-8) | Video-related costs are properly recoverable. *See* Pl's Reply 6-11. | $740.50 |
| 31 | 7/6/2021 | Planet Depos Invoice No. 420171 re Mobile Video Conferencing of William Burke Dep on 06.04.21 | $989.50 | $0.00 | Plaintiff fails to show video-related costs recoverable (Resp. at 6-8) | Video-related costs are properly recoverable. *See* Pl's Reply 6-11. | $989.50 |
| 32 | 7/6/2021 | Planet Depos Invoice No. 416112 re Transcript of William Burke Dep on 06.04.21 | $1,719.80 | $1,402.60 | Attendance fee cannot exceed $220; applicable rate cannot exceed $3.65/page (Resp. at 10); exhibits and vague "processing fee" are not recoverable (Resp. at 6) | Fees for copies of deposition exhibits are properly recoverable, see Pl's Reply at 5-6, as are processing fees charged by the court reporter, see id. at 12-13. Plaintiff agrees with Defendants regarding recoverable per-page transcript rate and attendance fees. | $1,562.60 |

| No. | Date | Description | P's Original Claimed Amount | D's Revised Amount | D's Basis for Objection | P's Response | P's Revised Claimed Amount |
|---|---|---|---|---|---|---|---|
| 33 | 7/6/2021 | Planet Depos Invoice No. 418851 re Transcript of Eddie Reed Dep on 06.15.21 | $1,240.10 | $1,137.70 | Attendance fee cannot exceed $220 (Resp. at 10); exhibits and vague "processing fee" are not recoverable (Resp. at 6) | Fees for copies of deposition exhibits are properly recoverable, see Pl's Reply at 5-6, as are processing fees charged by the court reporter, see id. at 12-13. Plaintiff agrees with Defendants regarding recoverable per-page transcript rate and attendance fees. | $1,273.30 |
| 34 | 7/6/2021 | Planet Depos Invoice No. 420169 re Video of William Burke Dep on 06.04.21 | $1,287.50 | $0.00 | Plaintiff fails to show video-related costs recoverable (Resp. at 6-8) | Video-related costs are properly recoverable. *See* Pl's Reply 6-11. | $1,287.50 |
| 35 | 7/8/2021 | Huseby.com Invoice No. 680933 re Transcript of John Haniacek Dep on 06.23.21 | $1,409.45 | $551.15 | Attendance fee cannot exceed $110 because deposition did not exceed four hours; applicable rate cannot exceed $3.65/page (Resp. at 10); other ancillary charges for exhibits, court reporter travel mileage, "secure digital file processing & support," conference room, and printing/copies and shipping are not recoverable (Resp. at 6) | Fees for copies of deposition exhibits are properly recoverable, see Pl's Reply at 5-6, as are copying fees charged by the court report, see id. at 12-13. Plaintiff agrees with Defendants regarding recoverable per-page transcript rate and attendance fees. Plaintiff further agrees to withdraw claim for "secure digital file processing & support," conference room, and shipping. | $745.15 |
| 36 | 7/29/2021 | Planet Depos Invoice No. 425576 re Mobile Video Conferencing of Ruben Weber Dep on 06.29.21 | $1,064.50 | $0.00 | Plaintiff fails to show video-related costs recoverable (Resp. at 6-8) | Video-related costs are properly recoverable. *See* Pl's Reply 6-11. | $1,064.50 |
| 37 | 7/29/2021 | Planet Depos Invoice No. 421895 re Transcript of Ruben Weber Dep on 06.29.21 | $2,333.45 | $1,669.05 | Attendance fee cannot exceed $220; applicable rate cannot exceed $3.65/page (Resp. at 10); exhibits and vague "processing fee" are not recoverable (Resp. at 6) | Fees for copies of deposition exhibits are properly recoverable, see Pl's Reply at 5-6, as are processing fees charged by the court reporter, see id. at 12-13. Plaintiff agrees with Defendants regarding recoverable per-page transcript rate and attendance fees. | $1,891.85 |

| No. | Date | Description | P's Original Claimed Amount | D's Revised Amount | D's Basis for Objection | P's Response | P's Revised Claimed Amount |
|---|---|---|---|---|---|---|---|
| 38 | 7/29/2021 | Planet Depos Invoice No. 422210 re Video of Ruben Weber Dep on June 29, 2021 | $1,325.00 | $0.00 | Plaintiff fails to show video-related costs recoverable (Resp. at 6-8) | Video-related costs are properly recoverable. *See* Pl's Reply 6-11. | $1,325.00 |
| 39 | 8/9/2021 | Planet Depos Invoice No. 427995 re Mobile Video Conference of Michael Mancuso Dep on 07.21.21, Part II | $938.50 | $0.00 | Plaintiff fails to show video-related costs recoverable (Resp. at 6-8) | Video-related costs are properly recoverable. *See* Pl's Reply 6-11. | $938.50 |
| 40 | 8/9/2021 | Planet Depos Invoice No. 426961 re Video of Dep of Michael Mancuso, Part II on 07.21.21 | $1,225.00 | $0.00 | Plaintiff fails to show video-related costs recoverable (Resp. at 6-8) | Video-related costs are properly recoverable. *See* Pl's Reply 6-11. | $1,225.00 |
| 41 | 8/10/2021 | Planet Depos Invoice No. 428388 re Mobile Video Conferencing of Michael Mancuso Dep, Part I on 07.20.21 | $790.00 | $0.00 | Plaintiff fails to show video-related costs recoverable (Resp. at 6-8) | Video-related costs are properly recoverable. *See* Pl's Reply 6-11. | $790.00 |
| 42 | 8/10/2021 | Planet Depos Invoice No. 426746 re Transcript of Michael Mancuso Dep on 07.20.21 | $1,668.15 | $1,260.25 | Attendance fee cannot exceed $220; applicable rate cannot exceed $3.65/page (Resp. at 10); exhibits and vague "processing fee" are not recoverable (Resp. at 6) | Fees for copies of deposition exhibits are properly recoverable, see Pl's Reply at 5-6, as are processing fees charged by the court reporter, see id. at 12-13. Plainitff agrees with Defendants regarding recoverable per-page transcript rate and attendance fees. | $1,522.65 |
| 43 | 8/10/2021 | Planet Depos Invoice No. 426948 re Transcript of Michael Mancuso Dep, Part II on 07.21.21 | $1,601.45 | $1,340.55 | Attendance fee cannot exceed $220; applicable rate cannot exceed $3.65/page (Resp. at 10); exhibits and vague "processing fee" are not recoverable (Resp. at 6) | Fees for copies of deposition exhibits are properly recoverable, see Pl's Reply at 5-6, as are processing fees charged by the court reporter, see id. at 12-13. Plaintiff agrees with Defendants regarding recoverable per-page transcript rate and attendance fees. | $1,389.35 |

| No. | Date | Description | P's Original Claimed Amount | D's Revised Amount | D's Basis for Objection | P's Response | P's Revised Claimed Amount |
|---|---|---|---|---|---|---|---|
| 44 | 8/10/2021 | Planet Depos Invoice No. 426749 re Video of Michael Mancuso Dep on 07.20.21, Part I | $975.00 | $0.00 | Plaintiff fails to show video-related costs recoverable (Resp. at 6-8) | Video-related costs are properly recoverable. *See* Pl's Reply 6-11. | $975.00 |
| 45 | 8/19/2021 | Rev.com Order No. TC0144594401 re Transcript of Recorded Calls | $552.00 | $0.00 | Transcript of audio files not necessary but instead created for convenience of Plaintiff, and invoice does not provide requisite info to determine proper cost of transcript (Resp. at 9-10) | These are automated transcript of jail calls designated by Defendants for potential use at trial. Transcripts were reasonably necessary in order to review hours of calls and respond to Defendants' purported basis for admission. See Pl's Reply at 15. | $552.00 |
| 46 | 8/20/2021 | Rev.com Order No. TC0155618784 re Transcript of Recorded Calls | $518.75 | $0.00 | Transcript of audio files not necessary but instead created for convenience of Plaintiff, and invoice does not provide requisite info to determine proper cost of transcript (Resp. at 9-10) | These are automated transcript of jail calls designated by Defendants for potential use at trial. Transcripts were reasonably necessary in order to review hours of calls and respond to Defendants' purported basis for admission. See Pl's Reply at 15. | $518.75 |
| 47 | 9/2/2021 | Rev.com Order No. TC0459388958 re Transcript of Recorded Calls | $75.25 | $0.00 | Transcript of audio files not necessary but instead created for convenience of Plaintiff, and invoice does not provide requisite info to determine proper cost of transcript (Resp. at 9-10) | These are automated transcript of jail calls designated by Defendants for potential use at trial. Transcripts were reasonably necessary in order to review hours of calls and respond to Defendants' purported basis for admission. See Pl's Reply at 15. | $75.25 |

| No. | Date | Description | P's Original Claimed Amount | D's Revised Amount | D's Basis for Objection | P's Response | P's Revised Claimed Amount |
|---|---|---|---|---|---|---|---|
| 48 | 9/23/2021 | U.S. Legal Support Invoice No. 110496942 re Transcript of Marcel Brown Dep on 09.07.21, Day 1 | $1,607.45 | $402.30 | Applicable rate for copy2 of transcript cannot exceed $0.90/page and cannot recover for condensed version (extra copy) because that is for Plaintiff's convenience (Resp. at 10); exhibits and handling/processing/technology packaging fees are not recoverable (Resp. at 6) | Fees for copies of deposition exhibits are properly recoverable, see Pl's Reply at 5-6, as are processing fees charged by the court reporter, see id. at 12-13. This is the first copy Plaintiff obtained of the transcript and so counts as an "original" for his purposes taxable at up to $3.65, which is above the invoiced rate. See Pl's Reply at 11-12. Plaintiff is also entitled to recover costs for the condensed copy of the transcript, which is invoiced at far less than the allowable rate of $0.90/page. See Pl's Reply at 11-12. | $1,607.45 |
| 49 | 9/24/2021 | U.S. Legal Support Invoice No. 110497556 re Dep of Marcel Brown on 09.08.21, Day 2 | $1,572.80 | $317.70 | Applicable rate for copy of transcript cannot exceed $0.90/page and cannot recover for condensed version (extra copy) because that is for Plaintiff's convenience (Resp. at 10); exhibits and handling/processing/technology packaging fees are not recoverable (Resp. at 6) | Fees for copies of deposition exhibits are properly recoverable, see Pl's Reply at 5-6, as are processing fees charged by the court reporter, see id. at 12-13. This is the first copy Plaintiff obtained of the transcript and so counts as an "original" for his purposes taxable at up to $3.65, which is above the invoiced rate. See Pl's Reply at 11-12. Plaintiff is also entitled to recover costs for the condensed copy of the transcript, which is invoiced at far less than the allowable rate of $0.90/page. See Pl's Reply at 11-12. | $1,572.80 |

| No. | Date | Description | P's Original Claimed Amount | D's Revised Amount | D's Basis for Objection | P's Response | P's Revised Claimed Amount |
|---|---|---|---|---|---|---|---|
| 50 | 10/21/2021 | U.S. Legal Support Invoice No. 20210015409-15 re Remote Videoconference of Stephen Cary Dep on 09.30.21 | $773.45 | $172.80 | Applicable rate for copy of transcript cannot exceed $0.90/page and cannot recover for condensed version (extra copy) because that is for Plaintiff's convenience (Resp. at 10); exhibits and handling/processing/technology packaging fees are not recoverable (Resp. at 6) | Fees for copies of deposition exhibits are properly recoverable, see Pl's Reply at 5-6, as are processing fees charged by the court reporter, see id. at 12-13. This is the first copy Plaintiff obtained of the transcript and so counts as an "original" for his purposes taxable at up to $3.65, which is above the invoiced rate. See Pl's Reply at 11-12. Plaintiff is also entitled to recover costs for the condensed copy of the transcript, which is invoiced at far less than the allowable rate of $0.90/page. See Pl's Reply at 11-12. | |
| 51 | 11/16/2021 | Planet Depos Invoice No. 452119 re Mobile Video Conferencing of Michelle Spizzirri Dep on 11.03.21 | $1,314.50 | $0.00 | Plaintiff fails to show video-related costs recoverable (Resp. at 6-8) | Video-related costs are properly recoverable. *See* Pl's Reply 6-11. | $1,314.50 |
| 52 | 11/15/2021 | Planet Depos Invoice No. 451788 re Mobile Videoconferencing of Dr. Adrienne Segovia Dep. On 11.15.21 | $295.00 | $0.00 | Plaintiff fails to show video-related costs recoverable (Resp. at 6-8); alternatively, deponent did not appear, so costs are not recoverable (Resp. at 8-9) | Agreed | $0.00 |
| 53 | 11/15/2021 | Planet Depos Invoice No. 451780 re Video of Dr. Adrienne Segovia Dep on 11.15.21 | $325.00 | $0.00 | Plaintiff fails to show video-related costs recoverable (Resp. at 6-8); alternatively, deponent did not appear, so costs are not recoverable (Resp. at 8-9) | Agreed | $0.00 |

| No. | Date | Description | P's Original Claimed Amount | D's Revised Amount | D's Basis for Objection | P's Response | P's Revised Claimed Amount |
|---|---|---|---|---|---|---|---|
| 54 | 11/16/2021 | Planet Depos Invoice No. 452001 re Transcript of Michelle Spizzirri Dep on 11.03.21 | $2,210.85 | $1,559.55 | Attendance fee cannot exceed $220; applicable rate cannot exceed $3.65/page (Resp. at 10); exhibits, vague "processing fee," and shipping/handling fee are not recoverable (Resp. at 6) | Fees for copies of deposition exhibits are properly recoverable, see Pl's Reply at 5-6, as are processing fees charged by the court reporter, see id. at 12-13. Plaintiff agrees with Defendants regarding recoverable per-page transcript rate and attendance fees. Plaintiff agrees to waive the shipping and handling fee. | $1,830.75 |
| 55 | 11/16/2021 | Planet Depos Invoice No. 452015 re Video of Michelle Spizzirri Dep on 11.03.21 | $1,662.50 | $0.00 | Plaintiff fails to show video-related costs recoverable (Resp. at 6-8) | Video-related costs are properly recoverable. *See* Pl's Reply 6-11. | $1,662.50 |
| 56 | 11/24/2021 | Esquire Dep Solutions Invoice No. 2066192 re Transcript of Debra Scott Dep on 11.16.21, Day 1 | $1,807.37 | $278.10 | Applicable rate for copy of transcript cannot exceed $0.90/page and cannot recover for condensed version (extra copy) because that is for Plaintiff's convenience (Resp. at 10); exhibits and processing/compliance fees are not recoverable (Resp. at 6); Plaintiff makes no showing that fee for expediting transcript was necessary for any purpose (Resp. at 10-11) | Fees for copies of deposition exhibits are properly recoverable, see Pl's Reply at 5-6, as are processing fees charged by the court reporter, see id. at 12-13. This is the first copy Plaintiff obtained of the transcript and so counts as an "original" for his purposes taxable at $3.65/page. See Pl's Reply at 11-12. Plaintiff is also entitled to recover costs for the condensed copy of the transcript, which is invoiced at far less than the allowable rate of $0.90/page. See Pl's Reply at 11-12. Plaintiff agrees to waive the expedite charge. | $1,204.05 |
| 57 | 12/6/2021 | Planet Depos Invoice No. 457084 re Mobile Video Conferencing of Eugene Stanciel Dep on 11.11.21 | $989.50 | $0.00 | Plaintiff fails to show video-related costs recoverable (Resp. at 6-8) | Video-related costs are properly recoverable. *See* Pl's Reply 6-11. | $989.50 |

| No. | Date | Description | P's Original Claimed Amount | D's Revised Amount | D's Basis for Objection | P's Response | P's Revised Claimed Amount |
|---|---|---|---|---|---|---|---|
| 58 | 12/6/2021 | Planet Depos Invoice No. 457044 re Transcript of Eugene Stanciel Dep on 11.11.21 | $1,965.65 | $1,647.15 | Attendance fee cannot exceed $220; applicable rate cannot exceed $3.65/page (Resp. at 10); exhibits, vague "processing fee," and shipping/handling fee are not recoverable (Resp. at 6) | Fees for copies of deposition exhibits are properly recoverable, see Pl's Reply at 5-6, as are processing fees charged by the court reporter, see id. at 12-13. Plaintiff agrees with Defendants regarding recoverable per-page transcript rate and attendance fees. Plaintiff agrees to waive the shipping fee. | $1,698.35 |
| 59 | 12/6/2021 | Planet Depos Invoice No. 457082 re Video of Eugene Stanciel Dep on 11.11.21 | $1,287.50 | $0.00 | Plaintiff fails to show video-related costs recoverable (Resp. at 6-8) | Video-related costs are properly recoverable. *See* Pl's Reply 6-11. | $1,287.50 |
| 60 | 12/10/2021 | Esquire Deposition Solutions Invoice No. 2078571 re Transcript Debra Scott Dep on 11.29.21, Day 2 | $767.30 | $100.80 | Applicable rate for copy of transcript cannot exceed $0.90/page and cannot recover for condensed version (extra copy) because that is for Plaintiff's convenience (Resp. at 10); exhibits and processing/compliance fees are not recoverable (Resp. at 6) | Fees for copies of deposition exhibits are properly recoverable, see Pl's Reply at 5-6, as are processing fees charged by the court reporter, see id. at 12-13. This is the first copy Plaintiff obtained of the transcript and so counts as an "original" for his purposes taxable at $3.65/page. See Pl's Reply at 11-12. Plaintiff is also entitled to recover costs for the condensed copy of the transcript, which is invoiced at far less than the allowable rate of $0.90/page. See Pl's Reply at 11-12. | $711.30 |
| 61 | 12/21/2021 | Planet Depos Invoice No. 460936 re Mobile Video Conferencing of Garrick Turner Dep on 11.18.2021 | $914.50 | $0.00 | Plaintiff fails to show video-related costs recoverable (Resp. at 6-8) | Video-related costs are properly recoverable. *See* Pl's Reply 6-11. | $914.50 |

| No. | Date | Description | P's Original Claimed Amount | D's Revised Amount | D's Basis for Objection | P's Response | P's Revised Claimed Amount |
|---|---|---|---|---|---|---|---|
| 62 | 12/21/2021 | Planet Depos Invoice No. 456698 re Transcript of Garrick Turner Dep on 11.18.21 | $1,821.00 | $1,285.80 | Attendance fee cannot exceed $220; applicable rate cannot exceed $3.65/page (Resp. at 10); exhibits, vague "processing fee," and shipping/handling fee are not recoverable (Resp. at 6) | Fees for copies of deposition exhibits are properly recoverable, see Pl's Reply at 5-6, as are processing fees charged by the court reporter, see id. at 12-13. Plaintiff agrees with Defendants regarding recoverable per-page transcript rate and attendance fees. Plaintiff agrees to waive the shipping fee. | $1,623.40 |
| 63 | 12/21/2021 | Planet Depos Invoice No. 458598 re Video of Garrick Turner Dep on 11.18.21 | $1,407.50 | $0.00 | Plaintiff fails to show video-related costs recoverable (Resp. at 6-8) | Video-related costs are properly recoverable. *See* Pl's Reply 6-11. | $1,407.50 |
| 64 | 12/29/2021 | Esquire Deposition Solutions Invoice No. 2090614 re Transcript of Cierra Jackson Dep on 12.15.2021 | $1,415.45 | $290.70 | Applicable rate for copy of transcript cannot exceed $0.90/page and cannot recover for condensed version (extra copy) because that is for Plaintiff's convenience (Resp. at 10); processing/compliance fees are not recoverable (Resp. at 6) | Fees for copies of deposition exhibits are properly recoverable, see Pl's Reply at 5-6, as are processing fees charged by the court reporter, see id. at 12-13. This is the first copy Plaintiff obtained of the transcript and so counts as an "original" for his purposes taxable at $3.65/page. See Pl's Reply at 11-12. Planitiff is also entitled to recover costs for the condensed copy of the transcript, which is invoiced at far less than the allowable rate of $0.90/page. See Pl's Reply at 11-12. | $1,253.95 |
| 65 | 2/4/2022 | Planet Depos Invoice No. 471167 re Mobile Video Conferencing of Rufus McGee Dep on 01.20.22 | $740.50 | $0.00 | Plaintiff fails to show video-related costs recoverable (Resp. at 6-8) | Video-related costs are properly recoverable. *See* Pl's Reply 6-11. | $740.50 |

| No. | Date | Description | P's Original Claimed Amount | D's Revised Amount | D's Basis for Objection | P's Response | P's Revised Claimed Amount |
|---|---|---|---|---|---|---|---|
| 66 | 2/4/2022 | Planet Depos Invoice No. 469372 re Expedited Transcript of Rufus McGee Dep on 01.20.22 | $1,838.85 | $1,194.55 | Attendance fee cannot exceed $220; applicable rate cannot exceed $3.65/page (Resp. at 10); exhibits and vague "processing fee" are not recoverable (Resp. at 6) | Fees for copies of deposition exhibits are properly recoverable, see Pl's Reply at 5-6, as are processing fees charged by the court reporter, see id. at 12-13. Plaintiff agrees with Defendants regarding recoverable per-page transcript rate and attendance fees. | $1,271.50 |
| 67 | 2/4/2022 | Planet Depos Invoice No. 469370 re Video of Rufus McGee Dep on 01.20.22 | $980.00 | $0.00 | Plaintiff fails to show video-related costs recoverable (Resp. at 6-8) | Video-related costs are properly recoverable. *See* Pl's Reply 6-11. | $980.00 |
| 68 | 3/16/2022 | Esquire Invoice No. C200427 re Transcript of Taneshia Branch Bell Dep on 03.02.22 | $1,544.20 | $316.80 | Applicable rate for copy of transcript cannot exceed $0.90/page and cannot recover for condensed version (extra copy) because that is for Plaintiff's convenience (Resp. at 10); exhibits and processing/compliance fees are not recoverable (Resp. at 6) | Fees for copies of deposition exhibits are properly recoverable, see Pl's Reply at 5-6, as are processing fees charged by the court reporter, see id. at 12-13. This is the first copy Plaintiff obtained of the transcript and so counts as an "original" for his purposes taxable at $3.65/page. See Pl's Reply at 11-12. Plaintiff is also entitled to recover costs for the condensed copy of the transcript, which is invoiced at far less than the allowable rate of $0.90/page. See Pl's Reply at 11-12. | $1,368.20 |
| 69 | 3/23/2022 | Planet Depos Invoice No. 483044 re Mobile Video Conferencing of Joshua Hunt Dep on 03.10.22 | $1,064.50 | $0.00 | This relates to another lawsuit (*Young v. City of Chi.*, 13-cv-5651) and is thus not recoverable | Agreed | $0.00 |
| 70 | 3/23/2022 | Planet Depos Invoice No. 483348 re Transcript of Joshua Hunt Dep on 03.10.22 | $1,936.30 | $0.00 | This relates to another lawsuit (*Young v. City of Chi.*, 13-cv-5651) and is thus not recoverable | Agreed | $0.00 |

| No. | Date | Description | P's Original Claimed Amount | D's Revised Amount | D's Basis for Objection | P's Response | P's Revised Claimed Amount |
|-----|------|-------------|-----------------------------|--------------------|--------------------------|--------------|----------------------------|
| 71 | 3/24/2022 | Planet Depos Invoice No. 483051 re Mobile Video Conferencing of William Whalen Dep on 03.09.22 | $542.50 | $0.00 | Plaintiff fails to show video-related costs recoverable (Resp. at 6-8) | Video-related costs are properly recoverable. *See* Pl's Reply 6-11. | $542.50 |
| 72 | 3/24/2022 | Planet Depos Invoice No. 479800 re Transcript of Sarah Scott Dep on 02.24.22 | $1,083.45 | $286.20 | Applicable rate for copy of transcript cannot exceed $0.90/page (Resp. at 10); exhibits and vague "processing fee" are not recoverable (Resp. at 6) | Fees for copies of deposition exhibits are properly recoverable, see Pl's Reply at 5-6, as are processing fees charged by the court reporter, see id. at 12-13. This is the first copy Plaintiff obtained of the transcript and so counts as an "original" for his purposes taxable at $3.65/page. See Pl's Reply at 11-12. | $1,210.65 |
| 73 | 3/24/2022 | Planet Depos Invoice No. 483060 re Transcript of William Whalen Dep on 03.09.22 | $943.15 | $850.95 | Attendance fee cannot exceed $110 because deposition did not exceed four hours; applicable rate cannot exceed $3.65/page (Resp. at 10); exhibits and vague "processing fee" are not recoverable (Resp. at 6) | Fees for copies of deposition exhibits are properly recoverable, see Pl's Reply at 5-6, as are processing fees charged by the court reporter, see id. at 12-13. This is the first copy Plaintiff obtained of the transcript and so counts as an "original" for his purposes taxable at $3.65/page. See Pl's Reply at 11-12. | $933.75 |

| No. | Date | Description | P's Original Claimed Amount | D's Revised Amount | D's Basis for Objection | P's Response | P's Revised Claimed Amount |
|---|---|---|---|---|---|---|---|
| 74 | 4/4/2022 | Esquire Invoice No. 2164630 re Transcript of Renard Branch, Sr. Dep on 03.16.22 | $1,230.50 | $250.20 | Applicable rate for copy of transcript cannot exceed $0.90/page and cannot recover for condensed version (extra copy) because that is for Plaintiff's convenience (Resp. at 10); exhibits and processing/compliance fees are not recoverable (Resp. at 6) | Fees for copies of deposition exhibits are properly recoverable, see Pl's Reply at 5-6, as are processing fees charged by the court reporter, see id. at 12-13. This is the first copy Plaintiff obtained of the transcript and so counts as an "original" for his purposes taxable at $3.65/page. See Pl's Reply at 11-12. Planitiff is also entitled to recover costs for the condensed copy of the transcript, which is invoiced at far less than the allowable rate of $0.90/page. See Pl's Reply at 11-12. | $1,091.50 |
| 75 | 4/7/2022 | Planet Depos Invoice No. 484661 re Expedited Transcript of Statement on Record (Amanda Moore) on 03.29.22 | $116.50 | $0.00 | Deponent did not appear, so costs are not recoverable (Resp. at 8-9) | Agree | $0.00 |
| 76 | 5/19/2022 | Planet Depos Invoice No. 496165 re Transcript of Amanda Moore Dep on 04.28.22 | $627.25 | $141.30 | Applicable rate for copy of transcript cannot exceed $0.90/page (Resp. at 10); exhibits and vague "processing fee" are not recoverable (Resp. at 6) | Fees for copies of deposition exhibits are properly recoverable, see Pl's Reply at 5-6, as are processing fees charged by the court reporter, see id. at 12-13. This is the first copy Plaintiff obtained of the transcript and so counts as an "original" for his purposes taxable at $3.65/page. See Pl's Reply at 11-12. Planitiff is also entitled to recover costs for the condensed copy of the transcript, which is invoiced at far less than the allowable rate of $0.90/page. See Pl's Reply at 11-12. | $690.05 |

| No. | Date | Description | P's Original Claimed Amount | D's Revised Amount | D's Basis for Objection | P's Response | P's Revised Claimed Amount |
|---|---|---|---|---|---|---|---|
| 77 | 5/23/2022 | Planet Depos Invoice No. 495012 re Transcript of Terry Scott Dep on 04.19.22 | $1,280.00 | $342.00 | Applicable rate for copy of transcript cannot exceed $0.90/page (Resp. at 10); vague "processing fee" are not recoverable (Resp. at 6) | Fees for copies of deposition exhibits are properly recoverable, see Pl's Reply at 5-6, as are processing fees charged by the court reporter, see id. at 12-13. This is the first copy Plaintiff obtained of the transcript and so counts as an "original" for his purposes taxable at $3.65/page. See Pl's Reply at 11-12. Plaintiff is also entitled to recover costs for the condensed copy of the transcript, which is invoiced at far less than the allowable rate of $0.90/page. See Pl's Reply at 11-12. | $1,432.00 |
| 78 | 6/15/2022 | Planet Depos Invoice No. 503348 re Appearance/Statement on the Record (Marisol O'Campo) on 05.31.22 | $340.00 | $0.00 | Deponent did not appear, so costs are not recoverable (Resp. at 8-9) | Agree. | $0.00 |
| 79 | 6/15/2022 | Planet Depos Invoice No. 502948 re Transcript of Renard Branch Dep on 05.25.22 | $1,674.10 | $446.40 | Applicable rate for copy of transcript cannot exceed $0.90/page (Resp. at 10); exhibits and vague "processing fee" are not recoverable (Resp. at 6) | Fees for copies of deposition exhibits are properly recoverable, see Pl's Reply at 5-6, as are processing fees charged by the court reporter, see id. at 12-13. This is the first copy Plaintiff obtained of the transcript and so counts as an "original" for his purposes taxable at $3.65/page. See Pl's Reply at 11-12. Plaintiff is also entitled to recover costs for the condensed copy of the transcript, which is invoiced at far less than the allowable rate of $0.90/page. See Pl's Reply at 11-12. | $1,872.50 |

| No. | Date | Description | P's Original Claimed Amount | D's Revised Amount | D's Basis for Objection | P's Response | P's Revised Claimed Amount |
|---|---|---|---|---|---|---|---|
| 80 | 6/15/2022 | Planet Depos Invoice No. 504287 re Video of Statement on the Record (Marisol O'Campo) on 05.31.22 | $350.00 | $0.00 | Plaintiff fails to show video-related costs recoverable (Resp. at 6-8); alternatively, deponent did not appear, so costs are not recoverable (Resp. at 8-9) | Agree | $0.00 |
| 81 | 7/11/2022 | Planet Depos Invoice No. 509507 re Mobile Video Conferencing of Aidan O'Connor Dep on 06.23.22 | $641.50 | $0.00 | Plaintiff fails to show video-related costs recoverable (Resp. at 6-8) | Video-related costs are properly recoverable. *See* Pl's Reply 6-11. | $641.50 |
| 82 | 7/11/2022 | Planet Depos Invoice No. 510102 re Mobile Video Conferencing of Lisa Longo Dep on 06.22.22 | $1,139.50 | $0.00 | Plaintiff fails to show video-related costs recoverable (Resp. at 6-8) | Video-related costs are properly recoverable. *See* Pl's Reply 6-11. | $1,139.50 |
| 83 | 7/11/2022 | Planet Depos Invoice No. 509115 re Transcript of Lisa Longo Dep on 06.22.22 | $2,311.00 | $1,760.30 | Attendance fee cannot exceed $220; applicable rate cannot exceed $3.65/page (Resp. at 10); exhibits and vague "processing fee" are not recoverable (Resp. at 6) | Fees for copies of deposition exhibits are properly recoverable, see Pl's Reply at 5-6, as are processing fees charged by the court reporter, see id. at 12-13. Plainitff agrees with Defendants regarding recoverable per-page transcript rate and attendance fees. | $1,877.80 |
| 84 | 7/11/2022 | Planet Depos Invoice No. 509506 re Transcript of Aidan O'Connor Dep on 06.23.22 | $958.00 | $877.00 | Applicable rate cannot exceed $3.65/page (Resp. at 10); exhibits and vague "processing fee" are not recoverable (Resp. at 6) | Fees for copies of deposition exhibits are properly recoverable, see Pl's Reply at 5-6, as are processing fees charged by the court reporter, see id. at 12-13. Plainitff agrees with Defendants regarding recoverable per-page transcript rate. | $940.00 |
| 85 | 7/11/2022 | Planet Depos Invoice No. 509120 re Video of Lisa Longo Dep on 06.22.22 | $1,520.00 | $0.00 | Plaintiff fails to show video-related costs recoverable (Resp. at 6-8) | Video-related costs are properly recoverable. *See* Pl's Reply 6-11. | $1,520.00 |

| No. | Date | Description | P's Original Claimed Amount | D's Revised Amount | D's Basis for Objection | P's Response | P's Revised Claimed Amount |
|---|---|---|---|---|---|---|---|
| 86 | 8/30/2022 | Planet Depos Invoice No. 519902 re Mobile Video Conferencing of Marisol O'Campo Dep on 08.08.22 | $1,635.00 | $0.00 | Plaintiff fails to show video-related costs recoverable (Resp. at 6-8) | Video-related costs are properly recoverable. *See* Pl's Reply 6-11. | $1,635.00 |
| 87 | 8/30/2022 | Planet Depos Invoice No. 520448 re Appearance and Transcript of Marisol O'Campo Dep on 08.08.22 | $2,038.50 | $1,409.90 | Attendance fee cannot exceed $220; applicable rate cannot exceed $3.65/page (Resp. at 10); exhibits, vague "processing fee," and shipping/handling fees are not recoverable (Resp. at 6) | Fees for copies of deposition exhibits are properly recoverable, see Pl's Reply at 5-6, as are processing fees charged by the court reporter, see id. at 12-13. Plaintiff agrees with Defendants regarding recoverable per-page transcript rate. Plaintiff agrees to waive shipping/handling fee. | $1,507.90 |
| 88 | 9/8/2022 | Kentuckiana Invoice No. 84882 re Transcript of Adrienne Segovia Dep on 08/26/22 | $562.80 | $511.00 | Applicable rate cannot exceed $3.65/page (Resp. at 10); exhibits and "e-delivery" are not recoverable (Resp. at 6) | Fees for copies of deposition exhibits are properly recoverable, see Pl's Reply at 5-6, as are processing fees charged by the court reporter, see id. 12-13. Plaintiff agrees with Defendants regarding recoverable per-page transcript rate. | $527.80 |
| 89 | 9/15/2022 | Planet Depos Invoice No. 525816 re Mobile Videoconferencing of Allegra Martin on 09.02.22 | $914.50 | $0.00 | Plaintiff fails to show video-related costs recoverable (Resp. at 6-8) | Video-related costs are properly recoverable. *See* Pl's Reply 6-11. | $914.50 |
| 90 | 9/15/2022 | Planet Depos Invoice No. 525815 re Expedited Transcript of Allegra Martin Dep on 09.02.22 | $1,942.35 | | Attendance fee cannot exceed $220; applicable rate cannot exceed $3.65/page (Resp. at 10); exhibits and vague "processing fee" are not recoverable (Resp. at 6); Plaintiff makes no showing that fee for expediting transcript was necessary for any purpose (Resp. at 10-11) | Fees for copies of deposition exhibits are properly recoverable, see Pl's Reply at 5-6, as are processing fees charged by the court reporter, see id. at 12-13. Plaintiff agrees with Defendants regarding recoverable per-page transcript rate. | $1,267.55 |

| No. | Date | Description | P's Original Claimed Amount | D's Revised Amount | D's Basis for Objection | P's Response | P's Revised Claimed Amount |
|---|---|---|---|---|---|---|---|
| 91 | 9/18/2022 | Veritext Invoice No. 6044506 re Transcript of Alicea Renee Hardiman Dep on 08.31.22 | $583.00 | $0.00 | Applicable rate for copy cannot exceed $0.90/page (Resp. at 10); exhibits and "hosting & delivery" fee are not recoverable (Resp. at 6); Costs should be disallowed because invoice does not contain requisite information (number of pages) to compute recoverable cost. (Resp. at 9-10) | Fees for copies of deposition exhibits are properly recoverable, see Pl's Reply at 5-6, as are processing *hosting & delivery) fees charged by the court report, see id. at 12-13. his is the first copy Plaintiff obtained of the transcript and so counts as an "original" for his purposes taxable at $3.65/page. See Pl's Reply at 11-12. Invoice need not list number of pages on its face. Pl's Reply at 13. This transcript is 118 pages. | $484.70 |
| 92 | 9/21/2022 | Planet Depos Invoice No. 527569 re Transcript of Kevin DeBoni Dep on 09.08.22 | $1,263.95 | $1,063.15 | Attendance fee cannot exceed $220; applicable rate cannot exceed $3.65/page (Resp. at 10); exhibits and vague "processing fee" are not recoverable (Resp. at 6) | Fees for copies of deposition exhibits are properly recoverable, see Pl's Reply at 5-6, as are processing fees charged by the court reporter, see id. at 12-13. Plaintiff agrees with Defendants regarding recoverable per-page transcript rate. | $1,139.65 |
| 93 | 9/21/2022 | Planet Depos Invoice No. 527712 re Transcript of Karen Kerbis Dep on 09.07.22 | $1,795.10 | $1,344.20 | Attendance fee cannot exceed $220; applicable rate cannot exceed $3.65/page (Resp. at 10); exhibits and vague "processing fee" are not recoverable (Resp. at 6) | Fees for copies of deposition exhibits are properly recoverable, see Pl's Reply at 5-6, as are processing fees charged by the court reporter, see id. at 12-13. Plaintiff agrees with Defendants regarding recoverable per-page transcript rate. | $1,547.70 |
| 94 | 9/21/2022 | Veritext Invoice No. 6046839 re Transcript of Brandon Powell Dep on 09.01.22 | $68.55 | $0.00 | Deponent did not appear, and deposition never took place. Costs are not recoverable (Resp. at 8-9) | Agree | $0.00 |

| No. | Date | Description | P's Original Claimed Amount | D's Revised Amount | D's Basis for Objection | P's Response | P's Revised Claimed Amount |
|---|---|---|---|---|---|---|---|
| 95 | 9/21/2022 | Planet Depos Invoice No. 527570 re Mobile Video Conferencing of Kevin DeBoni Dep on 09.08.22 | $691.00 | $0.00 | Plaintiff fails to show video-related costs recoverable (Resp. at 6-8) | Video-related costs are properly recoverable. *See* Pl's Reply 6-11. | $691.00 |
| 96 | 9/21/2022 | Planet Depos Invoice No. 527709 re Mobile Video Conferencing of Karen Kerbis Dep on 09/07/22 | $940.00 | $0.00 | Plaintiff fails to show video-related costs recoverable (Resp. at 6-8) | Video-related costs are properly recoverable. *See* Pl's Reply 6-11. | $940.00 |
| 97 | 9/29/2022 | Veritext Invoice No. 6061612 re Transcript of Brittany Williamson Dep on 09.12.22 | $832.15 | $0.00 | Applicable rate for copy cannot exceed $0.90/page (Resp. at 10); exhibits and "hosting & delivery" fee are not recoverable (Resp. at 6); Costs should be disallowed because invoice does not contain requisite information (number of pages) to compute recoverable cost. (Resp. at 9-10) | Fees for copies of deposition exhibits are properly recoverable, see Pl's Reply at 5-6, as are processing *hosting & delivery) fees charged by the court reporter, see id. at 12-13. his is the first copy Plaintiff obtained of the transcript and so counts as an "original" for his purposes taxable at $3.65/page. See Pl's Reply at 11-12. Invoice need not list number of pages on its face. Pl's Reply at 13. This transcript is 172 pages. | $655.80 |
| 98 | 9/29/2022 | Veritext Invoice No. 6068112 re Transcript of Kayla Kuykendoll Dep on 09.14.22 | $766.65 | $0.00 | Applicable rate for copy cannot exceed $0.90/page (Resp. at 10); exhibits and "hosting & delivery" fee are not recoverable (Resp. at 6); Costs should be disallowed because invoice does not contain requisite information (number of pages) to compute recoverable cost. (Resp. at 9-10) | Fees for copies of deposition exhibits are properly recoverable, see Pl's Reply at 5-6, as are processing *hosting & delivery) fees charged by the court report, see id. at 12-13. his is the first copy Plaintiff obtained of the transcript and so counts as an "original" for his purposes taxable at $3.65/page. See Pl's Reply at 11-12. Invoice need not list number of pages on its face. Pl's Reply at 13. This transcript is 155 pages. | $599.25 |

| No. | Date | Description | P's Original Claimed Amount | D's Revised Amount | D's Basis for Objection | P's Response | P's Revised Claimed Amount |
|---|---|---|---|---|---|---|---|
| 99 | 10/4/2022 | Planet Depos Invoice No. 530448 re Mobile Video Conferencing of Daniel McHugh Dep on 09.16.22 | $641.50 | $0.00 | Plaintiff fails to show video-related costs recoverable (Resp. at 6-8) | Video-related costs are properly recoverable. *See* Pl's Reply 6-11. | $641.50 |
| 100 | 10/4/2022 | Planet Depos Invoice No. 530447 re Transcript of Daniel McHugh Dep on 09.16.22 | $1,321.05 | $1,092.35 | Attendance fee cannot exceed $220; applicable rate cannot exceed $3.65/page (Resp. at 10); exhibits and vague "processing fee" are not recoverable (Resp. at 6) | Fees for copies of deposition exhibits are properly recoverable, see Pl's Reply at 5-6, as applicable charged by the court reporter, see id. at 12-13. Plaintiff agrees with Defendants regarding recoverable per-page transcript rate. | $1,219.35 |
| 101 | 10/7/2022 | 3C Litigation Invoice No. 30428 re Transcript of Felicia Frazier Dep on 10.03.22 | $557.60 | $147.60 | Applicable rate for copy cannot exceed $0.90/page (Resp. at 10); Plaintiff fails to show fee for "premium services" is recoverable (Resp. at 6-7, 10-11) | Fees for copies of deposition exhibits are properly recoverable, see Pl's Reply at 5-6, as are processing fees charged by the court reporter, see id. at 12-13. This is the first copy Plaintiff obtained of the transcript and so counts as an "original" for his purposes taxable at $3.65/page. See Pl's Reply at 11-12. Plaintiff is also entitled to recover costs for the condensed copy of the transcript, which is invoiced at far less than the allowable rate of $0.90/page. See Pl's Reply at 11-12. | $557.60 |
| 102 | 10/26/2022 | Planet Depos Invoice No. 536277 re Mobile Video Conferencing of Eric Olson Dep on 10.11.22 | $542.50 | $0.00 | Plaintiff fails to show video-related costs recoverable (Resp. at 6-8) | Video-related costs are properly recoverable. *See* Pl's Reply 6-11. | $542.50 |

| No. | Date | Description | P's Original Claimed Amount | D's Revised Amount | D's Basis for Objection | P's Response | P's Revised Claimed Amount |
|---|---|---|---|---|---|---|---|
| 103 | 10/26/2022 | Planet Depos Invoice No. 535566 re Transcript of Eric Olson Dep on 10.11.22 | $1,121.55 | $872.85 | Attendance fee cannot exceed $110 because deposition did not exceed four hours; applicable rate cannot exceed $3.65/page (Resp. at 10); exhibits and vague "processing fee" are not recoverable (Resp. at 6) | Fees for copies of deposition exhibits are properly recoverable, see Pl's Reply at 5-6, as are processing fees charged by the court reporter, see id. at 12-13. Plaintiff agrees with Defendants regarding recoverable per-page transcript rate. | $968.85 |
| 104 | 11/10/2022 | Planet Depos Invoice No. 539447 re Mobile Video Conferencing of Charles Halpern Dep on 10.25.22 | $443.50 | $0.00 | Plaintiff fails to show video-related costs recoverable (Resp. at 6-8) | Video-related costs are properly recoverable. *See* Pl's Reply 6-11. | $443.50 |
| 105 | 11/10/2022 | Planet Depos Invoice No. 539446 re Transcript of Charles Halpern Dep on 11.10.2022 | $834.85 | $741.45 | Attendance fee cannot exceed $110 because deposition did not exceed four hours; applicable rate cannot exceed $3.65/page (Resp. at 10); exhibits are not recoverable (Resp. at 6) | Fees for copies of deposition exhibits are properly recoverable, see Pl's Reply at 5-6. Plainitff agrees with Defendants regarding recoverable per-page transcript rate. | $742.95 |
| 106 | 1/9/2023 | Stacey E. Raikes, RMR, CRR re Transcript of Preliminary Pretrial Conference on 10.31.22 | $136.25 | $0.00 | This relates to another lawsuit (*Andrade v. Rambosk*, 22-CV-482-JLB-KCD) and is thus not recoverable | Agree | $0.00 |
| 107 | 1/29/2023 | 3C Litigation Invoice No. 30478 re Transcript of Jonathan Arden, MD Dep on 01.09.23 | $1,169.05 | $171.90 | Applicable rate for copy cannot exceed $0.90/page (Resp. at 10); exhibits not recoverable, and Plaintiff fails to show fees for "premium services" is recoverable (Resp. at 6-7, 10-11) | This is the first copy Plaintiff obtained of the transcript and so counts as an "original" for his purposes taxable at $3.65/page. See Pl's Reply at 11-12. Plaintiff is also entitled to recover costs for one condensed copy of the transcript, which is invoiced at far less than the allowable rate of $0.90/page. See Pl's Reply at 11-12. | $796.60 |

| No. | Date | Description | P's Original Claimed Amount | D's Revised Amount | D's Basis for Objection | P's Response | P's Revised Claimed Amount |
|-----|------|-------------|----------------------------|-------------------|------------------------|--------------|---------------------------|
| 108 | 3/15/2023 | U.S. Legal Support Invoice No. 20220380957-15 re Transcript of Matthew S. Jones Dep on 03.03.23 | $2,173.47 | $0.00 | Applicable rate for copy cannot exceed $0.90/page (Resp. at 10); Costs should be disallowed because invoice does not contain requisite information (number of pages) to compute recoverable cost. (Resp. at 9-10) | This is the first copy Plaintiff obtained of the transcript and so counts as an "original" for his purposes taxable at $3.65/page. See Pl's Reply at 11-12. Invoice need not list number of pages on its face. See Pl's Reply at 13. This transcript is 284 pages. | $1,036.60 |
| 109 | 3/15/2023 | U.S. Legal Support Invoice No. 20230380961-15 re Transcript of Brian L. Cutler, Ph.D on 03.01.23 | $1,639.64 | $0.00 | Applicable rate for copy cannot exceed $0.90/page (Resp. at 10); Costs should be disallowed because invoice does not contain requisite information (number of pages) to compute recoverable cost. (Resp. at 9-10) | This is the first copy Plaintiff obtained of the transcript and so counts as an "original" for his purposes taxable at $3.65/page. See Pl's Reply at 11-12. Invoice need not list number of pages on its face. See Pl's Reply at 13. This transcript is 248 pages. | $905.20 |
| 110 | 5/23/2023 | 3C Litigation Invoice No. 30345 re Transcript of Matthew Jones on 04.20.23 | $504.30 | $110.70 | Applicable rate for copy cannotexceed $0.90/page (Resp. at 1); Plaintiff fails to show fees for "premium services" is recoverable (Resp. at 6-7, 10-11) | This is the first copy Plaintiff obtained of the transcript and so counts as an "original" for his purposes taxable at $3.65/page. See Pl's Reply at 11-12. Plaintiff is also entitled to recover costs for one condensed copy of the transcript, which is invoiced at far less than the allowable rate of $0.90/page. See Pl's Reply at 11-12. | $504.30 |
| 111 | 6/7/2024 | TRINT translation software | $100.00 | $0.00 | No way of discerning what service(s) were provided to Plaintiff or that service(s) are recoverable under 28 U.S.C. § 1920(2) (Resp. at 9-10) | Agree | $0.00 |

| No. | Date | Description | P's Original Claimed Amount | D's Revised Amount | D's Basis for Objection | P's Response | P's Revised Claimed Amount |
|---|---|---|---|---|---|---|---|
| 112 | 7/7/2024 | TRINT translation software | $100.00 | $0.00 | No way of discerning what service(s) were provided to Plaintiff or that service(s) are recoverable under 28 U.S.C. § 1920(2) (Resp. at 9-10) | Agree | $0.00 |
| 113 | 8/2/2024 | Planet Invoice No. 687054 re Archived Video Retrieval, Ruben Weber on 06.29.21 | $49.00 | $0.00 | Plaintiff fails to show video-related costs recoverable (Resp. at 6-8) | Video-related costs are properly recoverable. *See* Pl's Reply 6-11. | $49.00 |
| 114 | 8/2/2024 | Planet Invoice No. 687058 re Archived Video Retrieval, Garrick Turner on 11.18.21 | $49.00 | $0.00 | Plaintiff fails to show video-related costs recoverable (Resp. at 6-8) | Video-related costs are properly recoverable. *See* Pl's Reply 6-11. | $49.00 |
| 115 | 8/2/2024 | Planet Invoice No. 687059 re Archived Video Retrieval, Michael Mancuso on 07.20.21 | $49.00 | $0.00 | Plaintiff fails to show video-related costs recoverable (Resp. at 6-8) | Video-related costs are properly recoverable. *See* Pl's Reply 6-11. | $49.00 |
| 116 | 8/2/2024 | Planet Invoice No. 687064 re Archived Video Retrieval, Steven Czablewski on 05.26.21 | $49.00 | $0.00 | Plaintiff fails to show video-related costs recoverable (Resp. at 6-8) | Video-related costs are properly recoverable. *See* Pl's Reply 6-11. | $49.00 |
| 117 | 8/2/2024 | Planet Invoice No. 687065 re Archived Video Retrieval, Michelle Spizzirri on 11.03.21 | $49.00 | $0.00 | Plaintiff fails to show video-related costs recoverable (Resp. at 6-8) | Video-related costs are properly recoverable. *See* Pl's Reply 6-11. | $49.00 |
| 118 | 8/2/2024 | Planet Invoice No. 687066 re Archived Video Retrieval, William Burke on 06.04.21 | $49.00 | $0.00 | Plaintiff fails to show video-related costs recoverable (Resp. at 6-8) | Video-related costs are properly recoverable. *See* Pl's Reply 6-11. | $49.00 |
| 119 | 8/14/2024 | Planet Invoice No. 690008 re Video Synchronization, Michael Mancuso on 07.20.21 | $325.00 | $0.00 | Plaintiff fails to show video-related costs recoverable (Resp. at 6-8, 9) | Video-related costs are properly recoverable. *See* Pl's Reply 6-11. | $325.00 |

| No. | Date | Description | P's Original Claimed Amount | D's Revised Amount | D's Basis for Objection | P's Response | P's Revised Claimed Amount |
|---|---|---|---|---|---|---|---|
| 120 | 8/14/2024 | Planet Invoice No. 690009 re VIDEO Synchronization, Michael Mancuso on 07.21.2021 | $400.00 | $0.00 | Plaintiff fails to show video-related costs recoverable (Resp. at 6-8, 9) | Video-related costs are properly recoverable. *See* Pl's Reply 6-11. | $400.00 |
| 121 | 8/21/2024 | Planet Invoice No. 691527 re VIDEO Synchronization, Marisol O'Campo on 08.08.22 | $200.00 | $0.00 | Plaintiff fails to show video-related costs recoverable (Resp. at 6-8, 9) | Video-related costs are properly recoverable. *See* Pl's Reply 6-11. | $200.00 |
| 122 | 9/7/2024 | TRINT translation software | $100.00 | $0.00 | No way of discerning what service(s) were provided to Plaintiff or that service(s) are recoverable under 28 U.S.C. § 1920(2) (Resp. at 9-10) | Agree | $0.00 |
| 123 | 9/8/2024 | 3C Litigation Invoice No. 30750 re call transcription | $2,119.25 | $0.00 | Transcript of audio files not necessary but instead created for convenience of Plaintiff, and invoice does not provide requisite info to determine proper cost of transcript (Resp. at 9-10); Plaintiff fails to show what costs for "video production" are and fails to show they are recoverable (Resp. at 6-8) | This is a transcript of jail calls identified by Defendants for potential use at trial. The expense of obtaining the transcript was reasonably necessary. See Pl's Reply at 15. Plaintiff seeks to recover the per-page transcript costs at the permissible rate of $4/page and agrees to reduce the hourly transcription charge to the corresponding "attendance fee" limit of $220. Plaintiff agrees to waive costs for video production. | $556.00 |

**Total Costs for Transcripts and Electronic Recording (revised):**    **$95,880.15**

**Summary of Taxable Costs**

| Category of Cost | Plaintiff's Initial Claim | Defendants' Response | Plaintiff's Revised Claim |
|---|---|---|---|
| Fees of the Clerk | $150 | $0 | $0 |
| Printed or electronically recorded transcripts | $112,993.53 | $36,269.15 | $95,880.15 |
| Printing | $1,797.82 | $1,576.82 | $1,576.82 |
| Witness fees | $831.38 | $99.28 | $281.90 |
| Docket fees | $400 | $400 | $400 |
| **TOTAL** | $116,173 | $38,345 | **$98,139** |