**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **MARCEL BROWN,** | |
| Plaintiff, | **No. 19-cv-4082** |
| v. | **The Honorable Lindsay C. Jenkins** |
| **CITY OF CHICAGO,** *et al*. | |
| Defendants. | |

**STIPULATION FOR SATISFACTION OF JUDGMENT AGREEMENT**

It is hereby stipulated and agreed by and between Plaintiff Marcel Brown and City Defendants the City of Chicago and Michael Mancuso, by their respective attorneys of record:

1.      Pursuant to the Release and Satisfaction of Judgment Agreement, Defendant City of Chicago agrees to pay a total sum of twenty-seven million five hundred thousand dollars and 00/100 dollars ($27,5000,000.00) pursuant to the Release and Satisfaction of Judgment Agreement executed by the parties, in full satisfaction of the judgment for compensatory damages entered in favor of Plaintiff Marcel Brown and against Defendants the City of Chicago and Michael Mancuso.

2.      Plaintiff agrees to accept twenty-seven million five hundred thousand dollars and 00/100 dollars ($27,5000,000.00) to resolve all aspects of the litigation against the City Defendants, including the judgment for compensatory damages against Defendants the City of Chicago and Michael Mancuso, any interest accrued through the date of payment, and statutory fees and costs.

3.      Plaintiff agrees to dismiss all claims against Defendant City of Chicago without prejudice to be automatically converted to dismissal with prejudice 90 days from the entry of the Court's order, with each side bearing its own costs and attorneys' fees.

4.      The parties agree that once the total sum of twenty-seven million five hundred thousand dollars and 00/100 dollars ($27,500,000.00) is paid in full, all claims that were, could, or have been made in this litigation against the City Defendants, including the City of Chicago and any of its future, current, or former officers, agents, and employees are concluded, and that this litigation should be terminated against the City Defendants with prejudice.

5.      The parties jointly request that the Court enter the attached Agreed Order as to City Defendants.

Respectfully submitted,

| | |
|---|---|
| By :_/s/ Locke E. Bowman | City of Chicago |
| Attorneys for Plaintiff | a Municipal Corporation |
| Jon Loevy | |
| Locke E. Bowman | Mary B. Richardson-Lowry |
| Tom Kayes | Corporation Counsel |
| Lovey & Lovey | Attorney for defendant City of Chicago |
| 311 N. Aberdeen St., Ste. 3 | |
| Chicago, IL 60607 | By:  /s/ Jessica L. Felker |
| | Jessica L. Felker |
| | Deputy Corporation Counsel |
| By:  /s/ Jonathan Manes | 2 North LaSalle Street, Suite 420 |
| Attorneys for Plaintiff | Chicago, Illinois 60602 |
| Jonathan Manes | (312) 744-6959 |
| MacArthur Justice Center | |
| 160 E. Grand Ave., 6th Floor | By:  Kyle L. Flynn |
| Chicago, Illinois 60611 | Attorneys for Defendant Michael Mancuso |
| | John F. Gibbons |
| | Kyle L. Flynn |
| | Tyler Lynn Salway |
| | Greenberg Traurig, LLP |
| | 360 N. Green Street, Suite 1300 |
| | Chicago, IL 60607 |

2