**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **MARCEL BROWN,** | |
| Plaintiff, | **No. 19-cv-4082** |
| v. | **The Honorable Lindsay C. Jenkins** |
| **CITY OF CHICAGO,** *et al*. | |
| Defendants. | |

### AGREED ORDER AS TO CITY DEFENDANTS

This matter coming before the Court on the Stipulation for Satisfaction of Judgment as to the City Defendants, the parties thereto having reached agreement to resolve this matter, and the respective parties being represented by counsel, Plaintiff Marcel Brown and Defendants the City of Chicago and Michael Mancuso, by their respective attorneys of record, and the parties having entered into a Release and Satisfaction of Judgment Agreement, the Court being otherwise fully advised in the premises, orders as follows:

1.      The judgment of compensatory damages entered on October 3, 2025, in favor of Plaintiff Marcel Brown and against Defendants the City of Chicago and Michael Mancuso in the amount of $48,600,000.00, is reduced to $27,5000,000.00 to be paid by the City of Chicago.

2.      All claims against the Defendant City of Chicago in this case are dismissed without prejudice.

3.      This dismissal shall automatically convert to a dismissal with prejudice 90 days from the entry of the order unless any party, within that 90-day period, shall request an extension of the conversion date.

Entered: _____
The Honorable Lindsay C. Jenkins

2

Dated: _____

ACTIVE 718734684v2